Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | 12-CV-02242-LHK<br>**CASE NO.** ~~12-cv-01191-JSW~~ |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** ~~**(Proposed)**~~ |
| **KIM VU, et al.** | |
| **Defendant.** | |

    **TO THE HONORABLE LUCY H. KOH, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

    Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Wednesday, August 22, 2012 at 2:00 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Kim Vu has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

    As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant

---

[1] Please see ECF #10.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER** ~~**(Proposed)**~~
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 1**

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, August 22, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: August 16, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 2**

1

### ORDER (Proposed)

2

3        It is hereby ordered that the Case Management Conference in civil action number 5:12-cv-02242-

4   LHK styled *J & J Sports Productions, Inc. v. Kim Vu, et al*., is hereby ~~vacated.~~ continued to September 12, 2012,

5   at 2pm. Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6   Certification of Service of this Order with the Clerk of the Court.

7

8

9

10   **IT IS SO ORDERED**:

11

12

13   _Lucy H. Koh_                                    Dated: ___August 17, 2012___

14   **THE HONORABLE LUCY H. KOH**
     **United States District Court**
15   **Northern District of California**

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER (Proposed)**
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 3**