Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**First Library Square**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLAW@att.net**

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | 12-CV-02242-LHK<br>**CASE NO. ~~12-cv-01191-JSW~~** |
| **Plaintiff,** | |
| **vs.** | **PLAINTIFF'S *EX PARTE***<br>**APPLICATION FOR AN ORDER**<br>**CONTINUING CASE MANAGEMENT**<br>**CONFERENCE; AND ORDER**<br>**(~~Proposed~~)** |
| **KIM VU, et al.** | |
| **Defendant.** | |

   **TO THE HONORABLE LUCY H. KOH, THE PARTIES AND THEIR ATTORNEY/S OF RECORD:**

   Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Case Management Conference in this action, presently set for Wednesday, August 22, 2012 at 2:00 p.m. to a new date approximately thirty (30) to forty-five (45) days forward.  This request is necessitated by the fact that the Defendant Kim Vu has not yet answered Plaintiff's Complaint (despite service of suit papers[1]).

   As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendant.  As a result, Plaintiff's counsel has not conferred with the defendant

---

[1] Please see ECF #10.

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 1**

concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Case Management Conference Statement.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Wednesday, August 22, 2012 to a new date approximately thirty (30) to forty-five (45) days forward.

Respectfully submitted,

Dated: August 16, 2012

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER** (Proposed)
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 2**

1

2

### ORDER (~~Proposed~~)

3

It is hereby ordered that the Case Management Conference in civil action number 5:12-cv-02242-

4  LHK styled *J & J Sports Productions, Inc. v. Kim Vu, et al*., is hereby ~~vacated.~~ continued to September 12, 2012,

5  at 2pm. Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a

6  Certification of Service of this Order with the Clerk of the Court.

7

8

9

**IT IS SO ORDERED**:

10

11

12

13  _____          Dated: ___August 17, 2012___

14  **THE HONORABLE LUCY H. KOH**
   **United States District Court**
15  **Northern District of California**

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN**
**ORDER CONTINUING INITIAL SCHEDULING**
**CONFERENCE; AND ORDER (~~Proposed~~)**
**CASE NO. 5:12-cv-02242-LHK**
**PAGE 3**